**Order entered May 21, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00582-CV

### IN RE TOYOTA MOTOR SALES, U.S.A., INC.,
### AND TOYOTA MOTOR CORPORATION, Relators

### Original Proceeding from the 134th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-16-15296

## ORDER
Before Justices Francis, Evans, and Schenck

Before the Court are relators' petition for writ of mandamus and relators' emergency motion for temporary relief. We **GRANT** the emergency motion and **STAY** the trial court's May 4, 2018 order. This stay shall remain in effect until further order of this Court. We request that the real parties in interest and respondent file their responses, if any, to the petition **by June 4, 2018.**

/s/     DAVID J. SCHENCK
          JUSTICE